# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## HONORABLE JOHN L. BADALAMENTI

| CASE NO. 8:24-cr-558-JLB-AAS | DATE: December 11, 2025 |
| --- | --- |
| TITLE: USA v. **Arian David Eusebio Gonzalez** | |
| TIME: 2:28PM – 3:27PM | TOTAL: 59 minutes |

| Courtroom Deputy: Bettye Samuel | Interpreter: Xavier Keogh |
| --- | --- |
| Court Reporter: Lori Cecil Vollmer | Probation: Ashley Shaw |
| Counsel for Government: David Rehfuss | |
| Counsel for Defendant: Ryan J. Maguire | |

## CRIMINAL MINUTES

Court in session and counsel identified for the record.

Interpreter sworn and Defendant sworn and adjudicated guilty as to Counts One and Two of the Indictment.

Counsel addressed the Court.

Defendant's objections to the Final Presentence Investigation Report:
- Paragraphs 9 (Offense Conduct), 18 (Specific Offense Characteristics), 20 (Safety Valve), and 25 (Zero Point Offender): OVERRULED for the reasons stated on the record.
- Paragraphs 17 (Base Offense Level) and 22 (Adjustment for Role in the Offense - USSG § 3B1.2 and Special Instruction USSG § 2D1.1(e)(2)): OVERRULED for the reasons stated on the record.

Defendant addressed the Court.

Defendant's *Oral Motion for Downward Variance* is GRANTED for the reasons stated on the record.

Imprisonment: 120 months. This term consists of a 120-month term as to Count One and a 120-month term as to Count Two, all such terms to run concurrently.

Supervised Release: 5 years. This term consists of a 5-year term as to Count One and a 5-year term as to Counts Two, all such terms to run concurrently.

Fine is waived.

Special Assessment: $200.00. This obligation is to be paid immediately.

The Court makes the following recommendations to the Bureau of Prisons:

1. Defendant be incarcerated in correctional facility with the appropriate security levels.
2. Defendant be allowed to participate in the UNICOR program, if eligible, to earn money to send back to his home to care for the medical needs of his children.
3. Defendant be allowed to participate in vocational training in electrical services and auto mechanics.

Special conditions of supervised release:

- If deported, Defendant shall not re-enter the United States without the express permission of the appropriate governmental authority.

- Defendant shall refrain from any unlawful use of controlled substances. The mandatory drug testing provisions of the Violent Crime Control Act are suspended. However, the Court orders Defendant to submit to random drug testing not to exceed 104 tests per year.

- Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

Defendant is remanded to the custody of the US Marshal.

Defendant advised of right to appeal and of right to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 35 |
| Criminal History Category | I |
| Imprisonment Range | 168 - 210 months |
| Supervised Release Range | 5 years as to Counts One and Two |
| Restitution | N/A |
| Fine Range | $40,000 - $20,000,000 |
| Special Assessment | $200.00 |